IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GARY BOSWELL, as Personal Representative of the Estate of RICHARD BOSWELL, deceased, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CASE NO.:   1:19-cv-00181 |
| RICHARD EUGENE DEMOUEY, JR., BRAND ENERGY AND INFRASTRUCTURE SERVICES, et al., | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF REMOVAL

Brand Industrial Services, Inc, f/k/a Brand Energy and Infrastructure Services ("Brand"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, gives notice of its removal of this action from the Circuit Court of Mobile County, Alabama, where it is now pending, to the United States District Court for the Southern District of Alabama, Southern Division.  Brand states the following as grounds for this removal:

1.   On March 13, 2019, Plaintiff Gary Boswell ("Plaintiff"), as Personal Representative of the Estate of Richard Boswell, filed this action against Defendants Brand, Richard Eugene Demouey, Jr. ("Demouey"), and fictitious defendants in the Circuit Court of Mobile County, Alabama.  A copy of Plaintiff's Complaint, along with "a copy of all process, pleadings, and orders" in the state court action is attached hereto as Exhibit 1.  Plaintiff's Complaint alleges that Demouey, while acting in the line and scope of his employment with Brand, struck Richard Boswell with a vehicle, resulting in his death.  (*See* Ex. 1, Compl.)

2. Brand was served with process on March 18, 2019. (*See* Ex. 1, Return of Service on Brand.) Demouey has not been served. (*See* Ex. 1, Mobile County Sheriff's Office Service Attempt marked "Moved – Unknown location.") Plaintiff has not substituted any party for any fictitious defendant. Because Brand filed this Notice within 30 days of service upon the last served Defendant, removal is proper under 28 U.S.C. § 1446(b).

3. This action is one of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one that may be removed to this Court under the provisions of 28 U.S.C. § 1441. Removal under § 1441 is appropriate in that there exists complete diversity of citizenship between Plaintiff and the Defendants in this case. Decedent Richard Boswell was a resident of Mississippi. Therefore, pursuant 28 U.S.C. § 1332(c)(2), Plaintiff is a resident of the State of Mississippi. Demouey is a resident of Mobile County, Alabama. Brand is a corporation organized and existing under and by virtue of the laws of the State of Delaware, having its principal place of business in Kennesaw, Georgia.

4. The amount in controversy element is satisfied. Although the Complaint does not demand a specific amount of damages, it is apparent from the face of the Complaint that the amount in controversy exceeds the $75,000 jurisdictional minimum. Plaintiff's Complaint seeks damages under Alabama's Wrongful Death Act, and further alleges that Richard Boswell's death was the result of the willful, wanton, reckless, negligent, and/or other wrongful acts of the Defendants. Plaintiff's allegations are such that the jurisdictional amount in controversy is apparent from the face of the Complaint. *See Roe v. Michelin North America, Inc.,* 613 Fed. 3d 1058 (11th Cir. 2010) (although plaintiff's complaint was silent as to the amount of damages claimed, the amount in controversy element was met when plaintiff's claims were asserted under the Alabama Wrongful

Death Act); *see also Edwards v. G.A. Braun, Inc.,* 2013 WL 656259 (S.D. Ala. February 1, 2013) (same).

5.  Demouey has not been properly served, and, therefore, he need not consent to this removal. *See Johnson v. Wellborn, P.A.,* 418 Fed. Appx. 809, 815 (11th Cir. 2011) ("The requirement that there be unanimity of consent in removal cases with multiple defendants does not require a consent of defendants who have not been properly served.").

6.  Venue is proper under 28 U.S.C. § 1441(a) because the United States District Court for the Southern District of Alabama, Southern Division, embraces the Circuit Court of Mobile County, Alabama, where the lawsuit was originally filed.

7.  A copy of this Notice of Removal is being served on all adverse parties and will be filed with the Circuit Court of Mobile County, Alabama.

WHEREFORE, based upon the foregoing, Brand requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Circuit Court of Mobile County, Alabama.

Respectfully submitted,

*/s/ Jonathan M. Lieb*
Forrest C. Wilson, III
swilson@mcdowellknight.com
Jonathan M. Lieb
jlieb@mcdowellknight.com
*Attorney for Brand Industrial Services, Inc.*

OF COUNSEL:

MCDOWELL KNIGHT ROEDDER
 & SLEDGE, LLC
11 North Water St., Ste. 13290
Mobile, Alabama  36602
(251) 432-5300
(251) 432-5303 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of April 2019, I electronically filed the foregoing via CM/ECF which sends notification of such filing to all attorneys of record and/or served same by electronic mail or by placing a copy in the United States mail properly addressed and first class postage prepaid to the following:

Jordan Reeves Brooks
William Gantt Pierce
Jacoby & Meyers Law Firm
300 N Foster Street
Dothan, AL 36303
Jordan.reeves@jacobymeyers.com
Gantt.pierce@jacobymeyers.com

Richard Eugene Demouey, Jr.
10580 Marler Drive
Grand Bay, AL 36541

                                              */s/ Jonathan M. Lieb*
                                              OF COUNSEL