IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY BOSWELL, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. A. NO. 19-0181-WS-MU |
| RICHARD EUGENE DEMOUY, JR., *et al.*, | ) |
| Defendants. | ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED, without prejudice.**

**DONE** this 4th day of March, 2020.

      /s/ WILLIAM H. STEELE
      UNITED STATES DISTRICT JUDGE